JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GOMEZ, | Case: 2:16-cv-03922-JFW-AFMx |
| Plaintiff, | **ORDER** |
| v. | |
| LAUNDRY BY JULIA, a business of unknown entity; 1050 FAIRFAX INVESTORS, LLC, a California limited liability company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 8, 2016 _____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE

1

ORDER

LA 132655561v1